In the Matter of the Claim of NATHAN SCHWARTZ, Respondent, against THE JACOBS BROS. CO., INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted May 20, 1936; decided June 5, 1936.)

*Jeremiah F. Connor* for appellants.

*John J. Bennett, Jr., Attorney-General (Hector A. Robichon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.